SIMON J. FRANKEL (No. 171552)
SHANNON SCOTT (No. 233386)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendant
BERKELEY HISTORICAL SOCIETY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Schwartz,<br><br>            Plaintiff,<br><br>   v.<br><br>Berkeley Historical Society,<br><br>            Defendant. | No. C05-01551 JCS<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br>(N.D. Cal. Local Rule 6-1(a))<br><br>Judge:    Joseph C. Spero |

    The parties are presently engaging in good faith settlement discussions that they believe may lead to a prompt and complete resolution of the entire action. Accordingly, for the purpose of engaging in such discussions, Plaintiff Richard Schwartz and Defendant Berkeley Historical Society, by and through their respective counsel, hereby stipulate that Defendant's time to answer or otherwise plead in response to the complaint shall be extended to and including June 15, 2005.

    This is the second extension of time to answer or otherwise respond; the first extension of time was entered by stipulation on May 16, 2005 and granted on May 17, 2005. No other dates set by the Court will be affected or altered by this extension of time.

    SO STIPULATED.

DATED: June 2, 2005.

        SIMON J. FRANKEL
        SHANNON SCOTT
        HOWARD RICE NEMEROVSKI CANADY
           FALK & RABKIN
        A Professional Corporation

By:       /s/
        SHANNON SCOTT

Attorneys for Defendant BERKELEY HISTORICAL SOCIETY

DATED: June 2, 2005.

        ROBERT BARNES
        THOMAS A. SMART
        KAYE SCHOLER LLP

By:       /s/
        THOMAS A SMART

Attorneys for Plaintiff RICHARD SCHWARTZ

STIPULATION        C05-01551 JCS
-1-

I, Shannon Scott, hereby attest, pursuant to N.D. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

DATED: June 2, 2005.

/s/<br>
SHANNON SCOTT

Attorneys for Defendant BERKELEY HISTORICAL SOCIETY

Dated: June 3, 2005

**IT IS SO ORDERED**
Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA