1  SIMON J. FRANKEL (No. 171552)
   SHANNON SCOTT (No. 233386)
2  HOWARD RICE NEMEROVSKI CANADY
          FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Defendant
   BERKELEY HISTORICAL SOCIETY
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11  Richard Schwartz,                    No. C05-01551 JCS

12              Plaintiff,               *E-FILING*

13     v.                               STIPULATION EXTENDING TIME
                                        FOR DEFENDANT TO RESPOND
14  Berkeley Historical Society,        TO COMPLAINT
                                        (N.D. Cal. Local Rule 6-1(a))
15              Defendant.
                                        Judge:      Joseph C. Spero
16

17

18       The parties are presently engaged in good faith settlement discussions, which they

19  believe may resolve this entire action.  Specifically, the parties have exchanged detailed

20  settlement proposals and believe that the few remaining unresolved issues can be resolved in

21  the next week.  Accordingly, for the purpose of continuing such discussions, Plaintiff

22  Richard Schwartz and Defendant Berkeley Historical Society, by and through their

23  respective counsel, hereby stipulate that Defendant's time to answer or otherwise plead in

24  response to the complaint shall be extended to and including June 22, 2005.

25       This is the third extension of time to answer or otherwise respond.  The first extension

26  of time was entered by stipulation on May 16, 2005 and granted on May 17, 2005; the

27  second extension of time was entered by stipulation June 2, 2005 and granted on June 3,

28  2005.  The parties do not anticipate stipulating to any additional extensions of time.

1   No other dates set by the Court will be affected or altered by this extension of time.

2   SO STIPULATED.

3   DATED:  June 15, 2005.

4                                        SIMON J. FRANKEL
                                         SHANNON SCOTT
5                                        HOWARD RICE NEMEROVSKI CANADY
                                              FALK & RABKIN
6                                        A Professional Corporation

7

8                                        By: _____/s/_____
                                                  SIMON J. FRANKEL

9                                        Attorneys for Defendant BERKELEY
10                                       HISTORICAL SOCIETY

11  DATED:  June 15, 2005.

12

13                                       ROBERT BARNES
                                         THOMAS A. SMART
14                                       KAYE SCHOLER LLP

15                                       By: _____/s/_____
                                                  THOMAS A. SMART
16
                                         Attorneys for Plaintiff RICHARD SCHWARTZ
17

18

19

20

21

22

23

24

25

26

27

28

1    I, Simon J. Frankel, hereby attest, pursuant to N.D. General Order No. 45, that the

2    concurrence to the filing of this document has been obtained from the other signatory hereto.

3

4    DATED:  June 15, 2005.

5

6                                                    /s/
                                            SIMON J. FRANKEL

7    Attorneys for Defendant BERKELEY
     HISTORICAL SOCIETY
8

9

10

11   Dated: June 16, 2005

UNITED STATES DISTRICT COURT

GRANTED

Magistrate Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA

12

13

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28