Robert Barnes, Bar Number 119515
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Thomas A. Smart (Not admitted in California)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Fax: (212) 836-7158

Attorneys for Plaintiff
RICHARD SCHWARTZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RICHARD SCHWARTZ**, <br><br> Plaintiff, <br><br> v. <br><br> **BERKELEY HISTORICAL SOCIETY**, <br><br> Defendant. | No. C05-01551 JCS <br><br> STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS TO DEFENDANT'S <u>MOTION TO DISMISS</u> <br> (N.D. Cal. Local Rule 6-1(b)) <br><br> Date: September 9, 2005 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom A, 15th Floor <br> Judge: Honorable Joseph C. Spero |

    1.    Plaintiff Richard Schwartz and defendant Berkeley Historical Society, by and through their respective counsel, hereby stipulate, subject to the approval of the Court, that plaintiff's time to oppose defendant's Motion to Dismiss shall be extended to, and including, August 5, 2005. The parties further stipulate that defendant shall have until August 19, 2005 to reply to defendant's opposition.

Stipulation.DOC

2. On June 27, 2005, on its own motion, this Court moved the hearing date to September 9, 2005 from July 29, 2005, the date initially chosen by defendant in its Notice of Motion and Motion to Dismiss. The briefing schedule was not changed which currently requires plaintiff to file its opposition by July 8, 2005 and defendant to file its reply papers by July 15, 2005.

3. The parties are engaged in good faith settlement discussions and are hopeful that they will reach a successful conclusion shortly. (*See* Haje Declaration, ¶ 2). To facilitate such discussions, the parties request this Court order extending the time the parties have to file opposition and reply papers.

4. The requested extension will cause no disruption or delay in the Court's docket and will provide the parties with more time to engage in good faith settlement negotiations with the expectation that this matter will be successfully resolved without judicial intervention and without incurring further legal fees. (*See* Haje Declaration, ¶¶ 4, 5).

5. This is plaintiff's first request for an extension of time to respond to defendant's Motion to Dismiss; no prior extensions of time have been sought or granted. This Court has previously extended defendant's time to respond to plaintiff's complaint but this is defendant's first request for an extension of time to reply to plaintiff's opposition to defendant's Motion to Dismiss. (*See* Haje Declaration, ¶¶ 6, 7).

Dated: June 30, 2005.

| | |
|---|---|
| KAYE SCHOLER LLP | HOWARD RICE NEMEROVSKI CANADY FALK & RABKINEL |
| By: /s/<br>Thomas A. Smart | By: /s/<br>Shannon Scott |
| Attorneys for Plaintiff<br>RICHARD SCHWARTZ | Attorneys for Defendant<br>BERKELEY HISTORICAL SOCIETY |

SO ORDERED:

/s/ Joseph C. Spero
Honorable Joseph C. Spero

Dated: 7/11/5

Stipulation.DOC

2

I, Thomas A. Smart, hereby attest, pursuant to N.D. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: June 30, 2005.

/s/<br>
Thomas A. Smart

Attorney for Plaintiff RICHARD SCHWARTZ

Stipulation.DOC

3