Robert Barnes, Bar Number 119515
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Thomas A. Smart (Not admitted in California)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
Telephone: (212) 836-8000
Fax: (212) 836-7158

Attorneys for Plaintiff
RICHARD SCHWARTZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RICHARD SCHWARTZ**, <br><br> Plaintiff, <br><br> v. <br><br> **BERKELEY HISTORICAL SOCIETY**, <br><br> Defendant. | No. C05-01551 JCS <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER <br><br> Date:         September 9, 2005 <br> Time:         1:30 p.m. <br> Courtroom:  Courtroom A, 15th Floor <br> Judge:        Honorable Joseph C. Spero |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that this matter be, and hereby is, dismissed with prejudice, each party to

//

//

//

//

31127486.DOC

1  bear its own costs and attorneys' fees.

2  Dated:  August 5, 2005.

3  KAYE SCHOLER LLP                                HOWARD RICE NEMEROVSKI
4                                                  CANADY FALK & RABKINEL

5
   By:        /s/                                  By:        /s/
6           Thomas A. Smart                                 Shannon Scott

7  Attorneys for Plaintiff                         Attorneys for Defendant
8  RICHARD SCHWARTZ                                BERKELEY HISTORICAL SOCIETY

9                                                  SO ORDERED:

10 Dated: _____                                  _____

11                                                  Honorable Joseph C. Spero

KAYE SCHOLER LLP

2

31127486.DOC

1   I, Thomas A. Smart, hereby attest, pursuant to N.D. General Order No. 45, that the concurrence to
2   the filing of this document has been obtained from the other signatory hereto.

    Dated: August 5, 2005.

/s/<br>
Thomas A. Smart

                                        Attorney for Plaintiff RICHARD SCHWARTZ

31127486.DOC