Robert Barnes, Bar Number 119515
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Thomas A. Smart (Not admitted in California)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Fax: (212) 836-7158

Attorneys for Plaintiff
RICHARD SCHWARTZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RICHARD SCHWARTZ**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**BERKELEY HISTORICAL SOCIETY**,<br><br>　　　　Defendant. | No. C05-01551 JCS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER<br><br>Date:　　September 9, 2005<br>Time:　　1:30 p.m.<br>Courtroom:　Courtroom A, 15th Floor<br>Judge:　　Honorable Joseph C. Spero |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that this matter be, and hereby is, dismissed with prejudice, each party to

//

//

//

//

31127486.DOC

bear its own costs and attorneys' fees.

Dated: August 5, 2005.

| KAYE SCHOLER LLP | HOWARD RICE NEMEROVSKI CANADY FALK & RABKINEL |
|---|---|
| By: /s/ Thomas A. Smart | By: /s/ Shannon Scott |
| Attorneys for Plaintiff RICHARD SCHWARTZ | Attorneys for Defendant BERKELEY HISTORICAL SOCIETY |

Dated: Aug. 9, 2005

SO ORDERED:

_____
Honorable Joseph C. Spero

31127486.DOC

I, Thomas A. Smart, hereby attest, pursuant to N.D. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: August 5, 2005.

/s/
Thomas A. Smart

Attorney for Plaintiff RICHARD SCHWARTZ

31127486.DOC